John Lynn Smith (SBN 154657)
Email: jlsmith@reedsmith.com
Julia C. Butler (SBN 199133)
Email: Jbutler@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
USA Waste Of California, Inc. and Steve
Cameron

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>vs.<br><br>USA WASTE OF CALIFORNIA, INC. AND STEVE CAMERON,<br><br>Defendants. | No.: 2:11-CV-02663-WBS-KJN<br><br>**STIPULATION EXTENDING DEADLINE FOR MAKING INITIAL DISCLOSURES REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 26; [~~PROPOSED~~] ORDER**<br><br>Honorable William B. Shubb |

## **STIPULATION**

WHEREAS, January 30, 2012 is the current date by which the parties must make the initial disclosures required by Federal Rule of Civil Procedure 26;

WHEREAS, the parties believe additional time is necessary to make full and complete initial disclosures; and

WHEREAS, the parties believe that full and complete initial disclosures can be made by March 15, 2012;

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

NOW, THEREFORE, the parties, by their respective counsel, hereby stipulate that March 15, 2012 shall be the new deadline for the parties to make the initial disclosures required by Federal Rule of Civil Procedure 26.

DATED:  January 23, 2012

REED SMITH LLP

By _____/s/_____
       Julia C. Butler
       Attorneys for Defendants
       USA Waste of California, Inc. and Steve Cameron

DATED:  January 23, 2012

LAW OFFICES OF ANDREW L. PACKARD

By _____/s/ Erik M. Roper_____
       Erik M. Roper
       (As authorized on January 24, 2012 – L.R. 131)
       Attorneys for Plaintiff
       California Sportfishing Protection Alliance

STIPULATION EXTENDING DEADLINE FOR MAKING INITIAL DISCLOSURES REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 26; [PROPOSED] ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## ORDER

IT IS SO ORDERED.

DATED:  January 25, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

US_ACTIVE-108390256.2

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

STIPULATION EXTENDING DEADLINE FOR MAKING INITIAL DISCLOSURES REQUIRED BY FEDERAL
RULE OF CIVIL PROCEDURE 26; [PROPOSED] ORDER