1  John Lynn Smith (SBN 154657)
   Email:  jlsmith@reedsmith.com
2  Julia C. Butler (SBN 199133)
   Email:  Jbutler@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone:    +1 415 543 8700
5  Facsimile:    +1 415 391 8269

6  Attorneys for Defendants
   USA Waste Of California, Inc. and Steve
7  Cameron

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 | CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, | No.: 2:11-CV-02663-WBS-KJN |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING DEADLINE FOR MAKING INITIAL DISCLOSURES REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 26; [~~PROPOSED~~] ORDER** |
| vs. | |
| USA WASTE OF CALIFORNIA, INC. AND STEVE CAMERON, | Honorable William B. Shubb |
| Defendants. | |

17                          **STIPULATION**

19     WHEREAS, January 30, 2012 is the current date by which the parties must make the initial
20 disclosures required by Federal Rule of Civil Procedure 26;

22     WHEREAS, the parties believe additional time is necessary to make full and complete initial
23 disclosures; and

25     WHEREAS, the parties believe that full and complete initial disclosures can be made by
26 March 15, 2012;

No. 2:11-CV-02663-WBS-KJN           – 1 –

STIPULATION EXTENDING DEADLINE FOR MAKING INITIAL DISCLOSURES REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 26; [PROPOSED] ORDER

NOW, THEREFORE, the parties, by their respective counsel, hereby stipulate that March 15, 2012 shall be the new deadline for the parties to make the initial disclosures required by Federal Rule of Civil Procedure 26.

DATED: January 23, 2012

REED SMITH LLP

By  /s/
    Julia C. Butler
    Attorneys for Defendants
    USA Waste of California, Inc. and Steve Cameron

DATED: January 23, 2012

LAW OFFICES OF ANDREW L. PACKARD

By  /s/ Erik M. Roper
    Erik M. Roper
    (As authorized on January 24, 2012 – L.R. 131)
    Attorneys for Plaintiff
    California Sportfishing Protection Alliance

1 **ORDER**

2     IT IS SO ORDERED.

3

4 DATED: January 25, 2012

5                                       WILLIAM B. SHUBB

6                                       UNITED STATES DISTRICT JUDGE

7

8 US_ACTIVE-108390256.2

No. 2:11-CV-02663-WBS-KJN     – 3 –

STIPULATION EXTENDING DEADLINE FOR MAKING INITIAL DISCLOSURES REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 26; [PROPOSED] ORDER